IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WORLDWIDE DIGITAL ENTERTAINMENT, LLC; PIRACY RECOVERY, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:13-CV-136 |
| MELLOW MUSHROOM OF JOHNSON CITY, LLC, et al, | ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS OR IN THE ALTERNATIVE TO SEVER

Mellow Mushroom of Johnson City, LLC, by counsel, moves the Court pursuant to Federal Rules of Civil Procedure 12(b)(6), 20 and 21 to dismiss this matter or in the alternative to sever for the reasons stated in the accompanying memorandum.

MELLOW MUSHROOM OF JOHNSON CITY, LLC

By Counsel

Cameron S. Bell
BPR No. 21388
Penn, Stuart & Eskridge
P.O. Box 2288
Abingdon, Virginia 24212
(276) 628-5151
(276) 623-1730 (facsimile)
cbell@pennstuart.com

By  */s/ Cameron S. Bell*
    Cameron S. Bell

# CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Robinson, Esq., Matthew M. Googe, Esq., Michael J. Bradford, Esq., counsel for plaintiff, and Kelli L. Thompson, counsel for Quality Restaurant Concepts, LLC., and via U.S. mail to the following:

| | |
|---|---|
| Woodstone Deli and Sports Grill<br>3500 Fort Henry Drive<br>Kingsport, TN 37664 | Neil McMurray<br>d/b/a Just 4 Kix Karaoke<br>1603 Lynn Garden Drive<br>Kingsport, TN 37665 |
| Michael McMurray<br>d/b/a Krackerjack Karoke<br>1907 Park Street<br>Kingsport, TN 37664 | Scully's Bar & Grill, Inc.<br>3103 N. Roan Street<br>Johnson City, TN 37601 |
| Conley's Overlook LLC<br>112 Tory Lane<br>Kingsport, TN 37660 | Todd Dolehanty<br>1309 Holly Court<br>Bristol, TN 37620 |
| Ronald Hutchins<br>d/b/a Star Search Karaoke<br>1608 Highpoint Ave.<br>Kingsport, TN 37665 | Jeffery D's Sports N'Cigar Bar<br>1403 Bluff City Highway<br>Bristol, TN 37620 |
| Biggies TN LLC<br>417 W. Stone Drive<br>Kingsport, TN 37660 | Numan's Café & Sports Bar<br>225 E. Main Street<br>Johnson City, TN 37604 |
| Joshua Fields<br>d/b/a Nite Life Karaoke<br>1725 Jefferson Ave.<br>Kingsport, TN 37664 | Kingsport Lodge No. 972, Loyal Order of Moose<br>301 East Main Street<br>Kingsport, TN 37660 |
| Hulsing Hotels Tennessee, Inc.<br>101 Springbrook Drive<br>Johnson City, TN 37604 | Hackler-Wood Post No. 145, Incorporated<br>515 Marion Avenue<br>Bristol, TN 37620 |

Emma Cole  
d/b/a Karoke Klub and/or  
d/b/a Karoke With Emma  
1403 Charity Hill Road  
Elizabethton, TN 37643  

Mike Butler  
d/b/a Paradise Productions and Entertainment  
332 R. Miller Road  
Piney Flats, TN 37686  

Bob Eaton  
d/b/a Night Train Karaoke  
214 Douglas Chapel Road  
Jonesborough, TN 37659  

                                            */s/ Cameron S. Bell*  
                                              Cameron S. Bell